IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:08CR186 |
| v. | ) | |
| | ) | Hon. Claude M. Hilton |
| JACOB SCOTT STAHLER, | ) | |
| | ) | <u>Sentencing Date:</u> August 22, 2008 |
| Defendant. | ) | |

GOVERNMENT'S SECTION 5K1.1 MOTION FOR A
<u>DOWNWARD DEPARTURE FROM THE GUIDELINES</u>

The United States hereby represents that the defendant has substantially assisted the government in its investigation and prosecution of others who have committed offenses, pursuant to Section 5K1.1 of the United States Sentencing Guidelines ("Guidelines"), and Title 18, United States Code, Section 3553(e), and moves the Court for a downward departure from the Guidelines. The United States files herewith a supporting Memorandum in support of this Motion.

Respectfully submitted,

Chuck Rosenberg
United States Attorney


           /s/
Jay V. Prabhu
Attorney for United States
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
FAX: 703-299-3981
Email Address: jay.prabhu@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 15th day of August, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

William O. Douglas Loeffler
60 East D Street
Brunswick, MD  21716
(301) 834-6633

williamodouglas@aol.com

*Counsel for Jacob Scott Stahler*

                                                  /s/
                                        Jay V. Prabhu
                                        Attorney for United States
                                        U.S. Attorney's Office
                                        Justin W. Williams U.S. Attorney's Building
                                        2100 Jamieson Avenue
                                        Alexandria, Virginia 22314
                                        Phone: 703-299-3700
                                        FAX: 703-299-3981
                                        Email Address: jay.prabhu@usdoj.gov